Riches v. Miranda et al

Doc. 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

```
                                    ___ FILED    ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         OCT 0 4 2007

                                    CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                    BY              B. DEPUTY
```

Jonathan Lee Riches©,
Plaintiff

V.

CIVIL NO

CV 07-1923-PHX-JAT-MHB

ERNESTO A. MIRANDA A/K/A "MIRANDA RIGHTS",
STATE OF ARIZONA,
DEFENDANTS

## COMPLAINT
## "I WANT TO REMAIN SILENT"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a Order for Defendants named in this Suit to Respond. Plaintiff moves to issue a TRO Temporary Restraining Order Against Defendants forcing me to speak when I want to remain silent. Plaintiff prays for relief.

### 1

Defendant ERNESTO A. Miranda took me to a FCI Williamsburg Interrogation Room on 8-8-07 and questioned me about being innocent on my criminal case under booker and Fan Fan. I was never given my "Miranda Rights" Under Law, Miranda v. Arizona 384 U.S. 436. I was forced to speak about the violation of my 6th amendment rights.

### 2

Ernesto Miranda and Arizona did not tell my sentencing Judge on June 12, 2004, that I had a right to remain silent. I never want to speak to Judges again. Defendants won't nail my mouth shut even though he was given his Miranda Rights.

Riches v. Miranda

### 3

9-26-07 - Defendants are responsible for the Phil Spector murder mistrial, Spector did not recieve his Miranda rights but wont tack about the injustice going on in my life. The Daily beetings inflicted on me with whips and chains. I'm so nervous now my handwriting is crooked. I want to remain silent, but Defendants put salt on my wounds to force me to speak on Feb 10, 2007.

### 4

Defendants are in a major conspiracy with the FCC for Feb 17, 2009 to turn all antilog T.V. sets into digital. This allows big brother to watch our movements and track our viewing habits. The information gets stored into District attorneys offices who has the authority to prosecute anyone who watches cartoons or the Food Network. The California Highway Patrol and Poncho has been running tiretracks on my forehead since Feb 25th, 2003 and watching my movements. Defendants have been engaging in voyeurism on my bathroom habits since Feb 25th, 2003. Every time I use the bathroom, its broadcasted on Youtube for the world to see. I have no privacy

### 5

On 8-8-8, A big battle is to occur between Civil Rights v. Miranda Rights, At 3pm in the rec. yard. Clash of the titans. Defendants want to use my head as a stop watch. Defendants Joined Hezbollah terrorist group on 6-6-07. I demand Ernesto Miranda and Lou Dobbs get deported back to dutch. Even though Dobbs dyes his hair, he really has Jet black hair and dances at Saturday Night Fever. Plaintiff prays for relief.

Respectfully Submitted

Jonathan Lee Riches©

Jonathan Lee Riches©
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590
(843) 357-9400